

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00134-CV

**WOODGLEN HOMEOWNERS ASSOCIATION**,
Appellant

v.

Rachel V. **ODOM**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-15443
Honorable Laura Salinas, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is reversed and the matter is remanded to the trial court for further proceedings consistent with this court's opinion. Specifically, we remand for rendition of judgment that includes an order of sale.

We order that appellant Woodglen Homeowners Association recover its costs of appeal, if any, from appellee Rachel V. Odom.

SIGNED November 26, 2014.

_____
Marialyn Barnard, Justice